JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AYALA, | Case No. 2:22-06206 ODW (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| STEPHEN SMITH, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED: February 5, 2024

THE HONORABLE OTIS D. WRIGHT, II
United States District Judge